# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ESPINOZA MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 1:26-cv-00702-JLT-EPG-HC<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 8) |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 29, 2026, Petitioner filed an application to proceed in district court without prepaying fees or costs. (ECF No. 8.) However, Petitioner paid the filing fee for this action on January 26, 2026.

Accordingly, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis (ECF No. 8) is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:  **January 29, 2026**           /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE