# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ESPINOZA MENDOZA, | Case No. 1:26-cv-00702-JLT-EPG-HC |
| Petitioner, | ORDER VACATING JANUARY 28, 2026 BRIEFING SCHEDULE |
| v. | (ECF No. 5) |
| KRISTI NOEM, et al., | |
| Respondents. | |

On January 26, 2026, Petitioner, represented by counsel, filed a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On January 28, 2026, the Court issued an order for Respondent to file a response to the petition and setting a briefing schedule. (ECF No. 5.) On January 29, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). (ECF No. 9.) That same day, the assigned district judge denied the motion for TRO as untimely, referred the matter to the undersigned for a determination on the merits, and set a briefing schedule. (ECF No. 11.)

In light of the district judge's updated briefing schedule, (ECF No. 11), the Court HEREBY VACATES the January 28, 2026 briefing schedule (ECF No. 5).

IT IS SO ORDERED.

Dated:   **January 30, 2026**                    /s/ _Erica P. Grosjean_
                                                  UNITED STATES MAGISTRATE JUDGE